IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AUTOMOTIVE FINANCE CORPORATION, ) </br> ) </br> Plaintiff, ) </br> ) </br> v.   ) </br> ) </br> IN-PIRE AUTO CENTER LLC, IN-PIRE ) </br> AUTO CENTER, GENARO FERNANDEZ ) </br> and SONIA FERNANDEZ, ) </br> ) </br> Defendants. ) | Case No. 1:06-cv-0587 SEB VSS |

## DEFAULT JUDGMENT ENTRY AS TO GENARO FERNANDEZ, ONLY

Comes now the Plaintiff, Automotive Finance Corporation ("AFC"), by counsel, and it appearing to the satisfaction of the Court by the Summonses issued herein that Defendant Genaro Fernandez has been duly served with process;

And the Court, having acquired personal and subject matter jurisdiction over the parties and the issues herein contained, pursuant to Plaintiff's Complaint filed and the Summonses issued herein;

This cause is now submitted to the Court for findings, and the Court, being duly advised in the premises, now finds for AFC and against Defendant Genaro Fernandez.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED by the Court that:

1.    Plaintiff, Automotive Finance Corporation, is entitled to judgment under Count II of its Complaint in its favor and against Genaro Fernandez in the principal sum of $127,220.00;

interest as of May 11, 2006 in the amount of $3,471.03; interest from May 11, 2006, to the date of judgment at the rate of $56.54 per day; floorplan fees, late fees, and miscellaneous vehicle costs of $19,287.44; attorneys fees and post-judgment interest at the statutory rate provided by law.

      2.    There is no just reason for delay, and Automotive Finance Corporation is entitled to judgment as a matter of law.

      3.    The Clerk of this Court is hereby ordered to enter this judgment in the judgment docket.

DATED: 07/18/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:

David J. Jurkiewicz
BOSE McKINNEY & EVANS LLP
2700 First Indiana Plaza
135 N. Pennsylvania Street
Indianapolis, IN 46204

Genaro Fernandez
12543 Carinthia Drive
Whittier, CA 90601